IN THE CIRCUIT COURT IN AND FOR ORANGE COUNTY, FLORIDA

TODAYS KIDS, INC AND BUBBLES POND DAYCARE INC,

        Plaintiffs,

vs.

SCOTTSDALE INSURANCE COMPANY,

        Defendant.

CASE NO.

## COMPLAINT FOR DAMAGES

COME NOW the Plaintiffs, TODAYS KIDS, INC AND BUBBLES POND DAYCARE INC (hereafter called "Plaintiffs") by and through the undersigned attorneys, and hereby sue Defendant, SCOTTSDALE INSURANCE COMPANY (hereafter "Defendant") and allege:

1. This is an action for damages in excess of $15,000.00.

2. At all times material hereto, Plaintiffs were and are residents of the county of this court and otherwise *sui juris*.

3. At all times material hereto, Defendant was and is an insurance corporation doing and/or transacting business in the county of this court.

4. At all times material hereto, Defendant was and is authorized by the Florida Department of Financial Services to issue property insurance policies in Florida.

5. At all times material hereto, in consideration of premiums paid by Plaintiffs, there was in full force and effect certain insurance policy being Policy number S/CP52638541 (hereafter called the "Policy"). Plaintiffs do not have a true and complete copy of the Policy, but Defendant has a true and correct copy of the Policy. Plaintiffs reserve the right to supplement this complaint by attaching a copy of the Policy after same is provided by Defendant in response to discovery requests.

6. Under the terms of the Policy, Defendant insured Plaintiffs against certain losses to

Plaintiffs' homestead property located at 3423 N Pine Hills Road, Orlando, Florida 32808 (hereafter called the "property").

7. On or about September 10, 2017, while the Policy was in full force and effect, Plaintiffs suffered a covered loss; to wit: Hurricane Irma causing damage to the property (hereafter the "loss").

8. Defendant assigned claim number 01786465 to the loss.

9. Defendant acknowledged coverage for the actual cash value and replacement cost value of the loss in amounts unilaterally determined by Defendant to be the total amount of the actual cash value and replacement cost loss.

10. Plaintiffs notified Defendant that they were in disagreement as to Defendant's unilateral determination as to the total amount of the actual cash value and replacement cost loss.

11. Defendant has failed and/or refused to pay the full amount of insurance proceeds due Plaintiff as a result of the loss.

12. Defendant has breached the insurance policy contract by refusing to pay the full amount of insurance proceeds due Plaintiffs as a result of the loss notwithstanding having acknowledged coverage for the loss.

13. All conditions precedent to the filing of this action have been met or have been waived.

14. Plaintiffs have been obligated to engage the undersigned attorneys for the prosecution of this action and is entitled to a reasonable attorney's fee thereby pursuant to §627.428, Fla. Stat. and/or §626.9373, Fla. Stat.

WHEREFORE Plaintiffs sue Defendant for damages in excess of $15,000.00, plus statutory interest pursuant to §627.70131(5)(a), Fla. Stat., court costs and reasonable attorney's fees pursuant to Fla. Stat., §627.428 and/or §626.9373, Fla. Stat.

**PLAINTIFFS DEMAND A TRIAL BY JURY OF ALL ISSUES TRIABLE AS A MATTER OF RIGHT BY A JURY.**

          Respectfully submitted,

          **LOUIS LAW GROUP, PLLC**
          7951 Riviera Boulevard, Suite 103
          Miramar, Florida 33023
          Tel.: (954) 676-4179
          Fax: (844) 272-7163
          E-Service Email: service@louislawgroup.com
          Non-Service Email: pierre@louislawgroup.com
          Secondary Email: rwashburn@louislawgroup.com

By: /s/ Ricco C. Washburn
    PIERRE A. LOUIS, ESQ.
    Florida Bar No.: 106481
    RICCO C. WASHBURN, ESQ.
    Florida Bar No.: 1001007