# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TODAYS KIDS, INC and BUBBLES POND DAYCARE INC,**

      **Plaintiffs,**

v.   Case No:   6:18-cv-952-Orl-31TBS

**SCOTTSDALE INSURANCE COMPANY,**

      **Defendant.**

## ORDER

Upon consideration of Defendant's Notice of Completion of Appraisal (Doc. 30), it is

**ORDERED** that this case is dismissed, with prejudice.   The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 22, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party